Hand-Delivered

FILED
CHARLOTTE, NC

JUL 21 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---

**Tamika D. Pless**, Agent and Durable Power of Attorney
For **TAMIKA DE'SHAUN PLESS**, Private Estate (Secured Party),
Plaintiff,

v.

**State Employees' Credit Union (SECU);**
**ML Property Group;**
**Georgetowne Woods Apartments Holdings #1 LLC;**
**Gaston Housing Authority;**
**NES / Enbridge Gas,**
Defendants.

Case No.: 3:25-CV-528-FDW

---

# VERIFIED COMPLAINT FOR

## UNJUST ENRICHMENT, TRUST INTERFERENCE, AND DECLARATORY RELIEF

---

# INTRODUCTION

Comes now, **Tamika D. Pless**, in her private capacity and as **Agent and Durable Power of Attorney** for the Private Estate of **TAMIKA DE'SHAUN PLESS**, bringing this Verified Complaint against the above-named Defendants for **unjust enrichment, trust interference**, and **declaratory relief**. This action seeks judicial recognition of Plaintiff's perfected tender, enforcement of trust-backed lawful instruments, and appropriate remedies for Defendants' unauthorized retention of trust-secured property and equity.

---

# I. JURISDICTION AND VENUE

1. Jurisdiction is proper under **28 U.S.C. §1331** (Federal Question), **28 U.S.C. §1343** (Civil Rights and Equitable Relief), and **28 U.S.C. §1367** (Supplemental Jurisdiction).

2. Venue is proper under **28 U.S.C. §1391(b)** as the events giving rise to this Complaint occurred in the Western District of North Carolina.

## II. PARTIES

3. Plaintiff **Tamika D. Pless** is a living woman acting in the fiduciary role of **Agent and Durable Power of Attorney** for the private estate of **TAMIKA DE'SHAUN PLESS**.
4. Defendant **SECU** is a financial institution operating within North Carolina that conducted business with Plaintiff's secured trust and wrongfully seized trust-assigned property.
5. Defendant **ML Property Group** is a private real estate entity managing Georgetowne Woods Apartments.
6. Defendant **Georgetowne Woods Apartments Holdings #1 LLC** is the legal holding entity for the residential complex.
7. Defendant **Gaston Housing Authority (GHA)** is a publicly funded housing agency involved in the administration of Plaintiff's former residence.
8. Defendant **NES / Enbridge Gas** are utility service providers for Plaintiff's residential trust estate, responsible for service disruption and ongoing administrative interference.

## III. FACTUAL BACKGROUND

9. Plaintiff executed and submitted multiple lawful, trust-backed instruments including:

- Affidavit of Status
- Durable Power of Attorney
- Schedule A (Asset Declaration)
- Security Collateral Instrument
- Administrative Tender of Payment
- UCC-1 Financing Statement (Perfected with the NC Secretary of State)

10. These instruments were served via certified mail with tracking and administrative notice timelines.
11. Defendants failed to respond, rebut, cure, or return the instruments within the allowed timeframe, constituting **commercial dishonor**.
12. SECU unlawfully seized Plaintiff's **trust-assigned vehicle** (2018 Chevrolet Malibu) despite a perfected lien and valid tender.
13. ML Property Group and its attorney (Ben Barco), along with GHA, ignored the perfected administrative tender and proceeded with an **unlawful eviction**, constituting breach of equity and trust interference.
14. NES / Enbridge Gas interrupted utility service (water and Gas) to Plaintiff's residential trust property, despite full administrative notice and secured tender of payment.

## IV. CLAIMS FOR RELIEF

### Count 1: Unjust Enrichment

15. Defendants have accepted and retained trust-backed property and instruments without providing reciprocal value or relief.
16. Their continued benefit from trust-secured property and failure to return or acknowledge lawful tender constitutes unjust enrichment.

### Count 2: Trust Interference

17. Defendants interfered with Plaintiff's right to private trust administration by denying essential services, seizing trust property, and refusing to acknowledge lawful equity instruments.
18. Said interference has caused tangible harm, emotional distress, and financial hardship.

### Count 3: Declaratory Relief

19. Plaintiff seeks declaratory judgment confirming the following:

- a) Validity and lawfulness of the trust documents and instruments;
- b) Sufficiency of Plaintiff's administrative tender and perfected lien;
- c) Right to private trust administration and enforcement as secured party.

## V. DAMAGES

- **To SECU:** $12,000,000 (as served via notarized Fee Schedule for wrongful seizure, breach of trust equity, and continued dishonor)
- **To ML Property Group / Georgetowne / GHA:** $86,500 (as served via previously submitted Fee Schedule for retaliatory eviction, trust interference, and administrative obstruction)
- **To NES / Enbridge Gas:** *Plaintiff reserves the right to submit a separate Fee Schedule and damages affidavit based on continued violations*

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

A. Enter judgment against Defendants **jointly and severally** for:

- **$12,000,000** in actual damages from SECU;
- **$86,500** in actual damages from ML Property Group, GHA, and associated parties;
- Equitable restitution of all unjustly retained property and proceeds;

B. Declare all trust filings, perfected liens, and instruments to be **lawful, valid, and enforceable** under federal and commercial law;

C. Grant **injunctive relief** enjoining further interference with the Plaintiff's private trust administration and assets;

D. Award **costs, interest, legal relief**, and any other remedy deemed just and proper by the Court.

---

**Respectfully Submitted,**

Tamika D. Pless
Agent and Durable Power of Attorney
for **TAMIKA DE'SHAUN PLESS**, Private Estate
Email: PlessFamilyTrust@outlook.com
**All Rights Reserved**

Signature: _Tamika D. Pless /Agent_
Date: 7/18/2025

---

## NOTARY BLOCK

**State of North Carolina**
**County of Gaston**
Subscribed and sworn before me this 18 day of July, 2025.
**Signature of Notary:** _Brian Tims_
**Printed Name:** Brian L Tims
**My Commission Expires:** 1/1/2029

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Verified Complaint for Unjust Enrichment, Trust Interference, and Declaratory Relief**, including exhibits and supporting documentation, was mailed/delivered to the following individuals at the addresses listed:

**Ben Barco, Attorney**
Crawford & von Keller, PLLC
710 Military Cutoff Rd, Ste 250
Wilmington, NC 28405

**Cynthia D. Smith, Attorney**
Crawford & von Keller, PLLC
Same address as above

**State Employees' Credit Union (SECU)**
Attn: VP of Loss Mitigation – Rich Holder
3101 Wake Forest Road
Raleigh, NC 27609

**Gaston Housing Authority**
Attn: Director or Legal Division
340 W Long Ave
Gastonia, NC 28052

**ML Property Group / Georgetowne Woods Holdings #1 LLC**
c/o Registered Agent
710 Military Cutoff Rd, Ste 250
Wilmington, NC 28405

**NES Water**
Attn: Kristen – Team Lead
P.O. Box 926
Safety Harbor, FL 34695

**Enbridge Gas North Carolina**
Legal Department
101 E. Town Street
Columbus, OH 43215

---

This the **22nd day of July, 2025**.

Signature: *Tamika D. Pless*
(Print Name Below)

Tamika D. Pless

Tamika D. Pless
Agent and Durable Power of Attorney
PlessFamilyTrust@outlook.com